1 William J. Robinson (State Bar No. 83729)
Michael F. Kerr (State Bar No. 180774)
2 Victor de Gyarfas (State Bar No. 171950)
Kristen E. Green (State Bar No. 195624)
3 **MAYER, BROWN & PLATT**
350 South Grand Avenue, 25th Floor
4 Los Angeles, California 90071-1503
Telephone: (213) 229-9500
5 Facsimile: (213) 625-0248

6 Attorneys for Plaintiff
**NETZERO, INC.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETZERO, INC.**, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> **JUNO ONLINE SERVICES, INC.**, a Delaware corporation, <br><br> Defendant. | CASE NO. CV 00-13378 SVW (RNBx) <br><br> **STIPULATED DISMISSAL WITH PREJUDICE AND ORDER THEREON [F.R.CIV.P. 41(a)(1)]** |
| **JUNO ONLINE SERVICES, INC.**, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> **NETZERO, INC.** and **INTERQ, INC.**, <br><br> Counterclaim-Defendants. | THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

It is hereby stipulated, by and between the parties hereto, that this action, including the claims of NetZero and the counterclaims of Juno, is hereby dismissed in its entirety with prejudice and that each party shall bear its own fees and costs.

28481625.1 100301 1525P 00660154

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

1

1  This Stipulation is entered into in view of the merger of NetZero and Juno, which was completed on or about September 24, 2001. The parties respectfully request that the Court approve this dismissal.

Dated: October 3, 2001

William J. Robinson
**MAYER, BROWN & PLATT**

Attorneys for Plaintiff
**NETZERO, INC.**

Dated: October 3, 2001

Allan L. Schare (SBN 126305)
**McDERMOTT, WILL & EMERY**

Attorneys for Defendant
**JUNO ONLINE SERVICES, INC.**

Dated: October 3, 2001

Ryan S. Goldstein (SBN 280444)
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**

Attorneys for Counterclaim-Defendant
**INTERQ, INC.**

ORDER

It is so ordered.

Dated: OCT 10 2001

United States District Judge

## PROOF OF SERVICE

I, declare and state, I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is: 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071.

On **October 10, 2001**, I served the foregoing document(s) described as: **STIPULATED DISMISSAL WITH PREJUDICE AND ORDER THEREON [F.R.CIV.P. 41(a)(1)]**

- ☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ By placing the document(s) listed below in a sealed envelope with postage prepaid for First Class Mail delivery, in the United States mail at Los Angeles, California addressed as set forth below.

- ☐ By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ By placing the document(s) listed above in a sealed UPS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

Philip J. McCabe, Esq.
Robert F. Perry, Esq.
John R. Kenny, Esq.
Kevin G. Daley, Esq.
KENYON & KENYON
333 West San Carlos, Suite 600
San Jose, CA 95110
Tel. No. (408) 975-7500
Fax No. (408) 975-7501

Allan L. Schare, Esq.
David R. Gabor, Esq.
MCDERMOTT, WILL & EMERY
2049 Century Park East, 34th Floor
Los Angeles, CA 90067
Tel. No. (310) 277-4100
Fax No. (310) 277-4730

Harold A. Barza, Esq.
Steven M. Anderson, Esq.
Ryan S. Goldstein, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel. No. (213) 624-7707
Fax No. (213) 624-0643

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **October 10, 2001**, at Los Angeles, California.

_____
Leticia G. Collier

28455253.1